■ RUDOLPH FABRIZIO, Appellant, v BODEN REALTY CORPORATION et al., Respondents. (And a Third-Party Action.) [646 NYS2d 291] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Doyle, J.), dated November 16, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Rosenblatt, J. P., Ritter, Pizzuto and Altman, JJ., concur.